UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINESH KUMAR SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No.  2:14-cv-01393 CKD P<br><br><br>ORDER |

　　　　Petitioner has paid the filing fee for this petition brought pursuant to 28 U.S.C. § 2254. Petitioner's filing at ECF No. 1 consists of his Opening Brief on appeal.  As petitioner has not filed this court's form initiating a § 2254 action, the Clerk of Court will be directed to send this form to petitioner, in addition to a copy of ECF No. 1.  When petitioner returns the completed form attached to the copy of ECF No. 1 (thus filing a complete petition), the court will screen the petition as appropriate.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1. The Clerk of Court is directed to send petitioner this court's form for initiating a habeas action, along with a copy of the brief filed as ECF No. 1.

////

////

////

1

2.  Petitioner is granted thirty days from the date of this order to complete and return the form along with a copy of the brief filed at ECF No. 1, such that this filing shall constitute a complete petition ready for screening.

Dated: July 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / sing1393.ord